**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MS/RMS
F. #2025R00405

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 4, 2025

By ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Atickul Islam
Criminal Docket No. 25-359 (DLI)

Dear Judge Irizarry:

The government writes to respectfully request that the attached proposed stipulation concerning discovery materials be so ordered by the Court. The government makes this application because there are discovery materials to be produced to the defendant that contain personal identifying information for individuals other than the defendant, and it believes that the proposed stipulation will enable expedited production of those materials while ensuring the safety and privacy interests of those individuals. A proposed stipulation, which has been signed and agreed to by the government and defense counsel, is respectfully enclosed for the Court's consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Margaret Schierberl
Rebecca M. Schuman
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (DLI) (by ECF)
Counsel of Record (by ECF)